```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MICHAEL PETRIK, Jr., Bar #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JOSE RICO-JUNGO
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 11-cr-162 LKK |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUE |
| ) | STATUS CONFERENCE TO AUGUST 2, |
| v. ) | 2011, AT 9:15 A.M. |
| ) | |
| JOSE RICO-JUNGO, ) | Date: July 12, 2011 |
| aka Jose Carmen Rico, ) | Time: 9:15 a.m. |
| ) | Judge: Hon. Lawrence K. Karlton |
| Defendant. ) | |

THE PARTIES STIPULATE, through counsel, Michele Beckwith, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Rico-Jungo, that the Court should vacate the status conference scheduled for July 12, 2011, at 9:15 a.m., and reset it for August 2, 2011, at 9:15 a.m.

Defense counsel requires the continuance to review discovery and confer with Mr. Rico-Jungo.

The parties further stipulate that the Court should exclude the period of time from the date of this order through August 2, 2011, when it computes the time within which the trial of the above criminal

STIPULATION AND ORDER               1                           11-162 LKK

prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and defendant in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

Dated: July 7, 2011                Respectfully submitted,

                                   DANIEL BRODERICK
                                   Federal Defender

                                   /s/ M. Petrik
                                   _____
                                   MICHAEL PETRIK, Jr.
                                   Assistant Federal Defender
                                   Attorneys for Defendant

Dated: July 7, 2011                BENJAMIN B. WAGNER
                                   United States Attorney

                                   /s/ M. Petrik for Michele Beckwith
                                   _____
                                   MICHELE BECKWITH
                                   Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial. The Court orders time excluded from the date of this order through the status conference on August 2, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

DATED: July 8, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

STIPULATION AND ORDER                   3                   11-162 LKK